11. The trial court refused to instruct a verdict for defendant.

12. The trial court refused to order defendant discharged from custody.

■ We have examined each of the complaints asserted by the defendant and have found them without merit. The record conclusively shows that the defendant was afforded a fair and impartial trial and that there was sufficient evidence to sustain the conviction. Accordingly the judgment of the trial court is affirmed.

Sherwin A. Winniford, Waco, Tex. (Court appointed), for defendant-appellant; Bobby Joe Thomas, pro se.

Seagal V. Wheatley, U. S. Atty., Jeremiah Handy, Asst. U. S. Atty., W.D. Tex., San Antonio, Tex., for appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Bobby Joe THOMAS, Defendant-Appellant.**

**No. 29652**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Nov. 20, 1970.

**John Wesley ADAMS, Appellant,**

v.

**R. I. MOSELEY, Warden, United States Penitentiary, Leavenworth, Kansas, Appellee.**

**No. 207-70.**

United States Court of Appeals, Tenth Circuit.

Nov. 13, 1970.

---

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5th Cir., 1970, 431 F.2d 409.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.